IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JUSTEN ALAN FAGAN, | |
| Petitioner, | No. C09-0136-LRR |
| vs. | |
| JOHN FAYRAM, | ORDER |
| Respondent. | |

This matter is before the court on the petitioner's application to appeal in forma pauperis, application for a writ of habeas corpus and application for appointment of counsel. The petitioner filed his applications on September 16, 2009.

With respect to the application to proceed in forma pauperis, the petitioner submitted an application that meets the requirements of 28 U.S.C. § 1915(a). Accordingly, in forma pauperis status is granted. The clerk's office is directed to file the application for a writ of habeas corpus without the prepayment of fees and costs. Rule 3(a), Rules Governing Section 2254 Cases; 28 U.S.C. § 1915. Concerning the petitioner's application for appointment of counsel, the court believes that the petitioner will benefit from the assistance of counsel. Accordingly, the petitioner's application for appointment of counsel is granted. The Clerk of Court is directed to appoint an attorney to represent the petitioner in this matter.

Currently confined at the Anamosa State Penitentiary in Anamosa, Iowa, the petitioner brings this action under 28 U.S.C. § 2254 to challenge the legality of his conviction and resulting confinement. In the Iowa District Court for Iowa County, the petitioner was convicted of robbery in the first degree, in violation of Iowa Code section 711.2. *See State v. Fagan*, 2002 Iowa App. LEXIS 835 (Iowa Ct. App. 2002); *State v.*

Fagan, No. FECR007220 (Iowa County Dist. Ct. 2001); *see also Fagan v. State*, 2009 Iowa App. LEXIS 489 (Iowa Ct. App. 2009); *Fagan v. State*, No. PCCV022414 (Iowa County Dist. Ct. 2007).[1]

The Clerk of Court is directed to send a copy of the application for a writ of habeas corpus by certified mail to the respondent and the Iowa Attorney General in accordance with Rule 4, Rules Governing Section 2254 Cases. The respondent is directed to file an answer to the application for a writ of habeas corpus in accordance with Rule 5, Rules Governing Section 2254 Cases, by no later than October 19, 2009.[2]

**IT IS SO ORDERED.**

**DATED** this 21st day of September, 2009.

_____
JON STUART SCOLES
Magistrate Judge
UNITED STATES DISTRICT COURT

---

[1] Iowa state court criminal and civil records may be accessed at the following address: http://www.iowacourts.gov/Online_Court_Services/. *See Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005) (addressing court's ability to take judicial notice of public records).

[2] The court notes that the petitioner states that he is currently seeking relief in another state post-conviction relief proceeding. Consequently, the petitioner's application for a writ of habeas corpus may implicate the exhaustion requirements under 28 U.S.C. § 2254(b) and/or the limitations on filing a second or successive application under 28 U.S.C. § 2244.

2